UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND C. WATKINS,<br><br>    Petitioner,<br><br> v.<br><br>TUOLUMNE COUNTY SUPERIOR COURT,<br><br>    Respondent. | Case No. 1:18-cv-01656-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S "MOTION TO CONFIRM CASE STATUS AS A PETITION FOR A WRIT OF MANDAMUS"<br><br>ORDER DIRECTING CLERK OF COURT TO ASSIGN CASE TO DISTRICT JUDGE<br><br>ECF No. 3 |

  Petitioner Raymond C. Watkins, a civil detainee without counsel, has at least twelve cases against the Tuolumne County Superior Court, alleging a wide variety of misconduct.[1] In this case, petitioner has filed a writ of mandamus, claiming: (1) double jeopardy, (2) his wife's deliberate indifference to his defense needs, (3) general conspiracy among the judge, the prosecutor, and petitioner's counsel in an ongoing criminal proceeding to deprive petitioner of

---

[1] Petitioner's allegations include judicial corruption, general conspiracy among various state actors to obstruct justice, ineffective assistance of counsel, double jeopardy, denial of access to courts, evidence tampering, denial of basic human rights to reflect an alternate reality, and various alleged errors that took place during his competency hearing. *See Watkins v. Tuolumne County Superior Court*, Nos. 1:18-cv-00779-DAD-SAB, 1:18-cv-00787-JDP, 1:18-cv-00875-DAD-SAB, 1:18-cv-00876-AWI-EPG, 1:18-cv-01008-LJO-BAM, 1:18-cv-01096-DAD-SAB, 1:18-cv-01148-AWI-JLT, 1:18-cv-01158-LJO-BAM, 1:18-cv-01226-DAD-JDP, 1:18-cv-01385-SKO, 1:18-cv-01412-DAD-EPG, 1:18-cv-01426-LJO-SAB.

1

effective assistance of counsel, and (4) retaliation by jail staff for filing grievances. Petitioner has litigated at least some of these claims in his other cases.

This order will address petitioner's "Motion to Confirm Case Status as A Petition for A Writ of Mandamus." ECF No. 3. Petitioner states:

> I filed this case on an MC 275 form for a petition for a writ of hab[ea]s corpus but I crossed out "Hab[ea]s Corpus" and wrote "Mandamus" because I can't get mandamus forms and I know the writs are similar. I hope this is ok.
>
> I noted the case # has "(PC)" designation but my writ has a "(HC)" designation. I hope this won't be a problem?
>
> I also made a mistake and Requested a "Jury Trial." Can I get that request stricken and hold this case a regular petition for writ of mandamus?
>
> I thank the court for its time and diligence in this matter.

*Id.* We construe petitioner's request as a motion for clarification and grant it. The substance of the petition, not its label, will determine its disposition. *See Andersen v. United States*, 298 F.3d 804, 807 (9th Cir. 2002). The court will decide this case without a jury. The court will screen the petition in a separate order.

**Order**

1. The clerk of court is directed to assign this case to a U.S. District Judge.
2. Petitioner's "Motion to Confirm Case Status as A Petition for A Writ of Mandamus" is granted.

IT IS SO ORDERED.

Dated: August 11, 2019

_____
UNITED STATES MAGISTRATE JUDGE

No. 202