UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND C. WATKINS,<br><br>        Petitioner,<br><br>   v.<br><br>TUOLUMNE COUNTY SUPERIOR COURT,<br><br>        Respondent. | Case No. 1:18-cv-01656-AWI-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT COURT DISMISS PETITION FOR WRIT OF MANDAMUS<br><br>ECF No. 7 |

      Petitioner Raymond C. Watkins, a civil detainee without counsel, seeks a writ of mandamus. The court has referred this matter to a magistrate judge under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On September 26, 2019, the assigned magistrate judge recommended that the Court deny the habeas petition and decline to issue a certificate of appealability. ECF No. 7. Petitioner has not objected, and the deadline to do so has passed.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendation are supported by the record and proper analysis, and there is no need to modify the Findings and Recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued on September 26, 2019 ECF No. 7, are adopted in full;
2. The petition for writ of mandamus is dismissed;
3. The Court declines to issue a certificate of appealability; and
4. The Clerk of Court is directed to enter judgment in favor of respondent and close the case.

IT IS SO ORDERED.

Dated: November 6, 2019

SENIOR DISTRICT JUDGE